**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000362
01-DEC-2023
07:58 AM
Dkt. 49 OAWST**

NOS. CAAP-23-0000362 and CAAP-23-0000424

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BEVERLY GANNON; HALIʻIMAILE STORE, INC.,
dba HALIʻIMAILE GENERAL STORE and CELEBRATIONS CATERING; and
MR. TUTTLE, LLC, dba GANNON'S, Plaintiffs-Appellees, v.
GREGORY ZAMORA and SEVEN AROMAZ, INC., dba TOTAL FOOD SOLUTIONS,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000145)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the November 6, 2023 Stipulations for Dismissal With Prejudice of All Claims and Parties (**Stipulations for Dismissal**) respectively filed in CAAP-23-0000362 and CAAP-23-0000424 by Defendants-Appellants Gregory Zamora and Seven Aromaz Inc. dba Total Food Solutions, the papers in support, and the record, it appears that: (1) the appeals in CAAP-23-0000362 and CAAP-23-0000424 are consolidated under CAAP-23-0000424; (2) the appeal has been docketed; (3) the parties stipulate to dismiss the consolidated appeal and bear their own attorneys' fees and costs on appeal; (4) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal filed in case number CAAP-23-0000424 is approved and the consolidated appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that the Stipulation for Dismissal filed in case number CAAP-23-0000362 is dismissed as moot.

DATED:  Honolulu, Hawaiʻi, December 1, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge